# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

|  |  |
|---|---|
| DAVIT BABAYAN,<br><br>Petitioner,<br><br>v.<br><br>BRIAN BIRKHOLZ,<br><br>Respondent. | No. 2:25-cv-04899-MRA-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition.

Date: May 15, 2026

MÓNICA RAMÍREZ ALMADANI
United States District Judge