JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAVIT BABAYAN, | No. 2:25-cv-04899-MRA-DFM |
| Petitioner, | JUDGMENT |
| v. | |
| BRIAN BIRKHOLZ, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is DENIED.

Date: May 15, 2026

MÓNICA RAMÍREZ ALMADANI
United States District Judge